E-filing

```
RECEIPT FOR PAYMENT
UNITED STATES DISTRICT COURT
         for the
   NORTHERN DISTRICT OF
        CALIFORNIA

         SAN FRANCISCO, CA
                    3375558
------------------------------------
RECEIVED FROM:
HANSEN & HANSEN
415 SO 6TH STREET STE 200
LAS VEGAS, NV 89101
------------------------------------
Case Number:
3:05CR00216-WHA
------------------------------------
F/U/B/O:

Party ID:

Tender Type:          CHECK
05-6855XX            $210.00

Pro Hac Vice 6855XX

Remarks:7984
------------------------------------
       Subtotal:      $210.00
------------------------------------
Receipt Total:        $210.00
====================================
* Checks and drafts are accepted
subject to collections and full
credit will only be given when
the check or draft has been
accepted by the financial
institution on which it was drawn.

Date:    8/16/05
Clerk:
              AS
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

America

(s),

and
escott

nt(s).

CASE NO. CR05-0216 WHA

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

...sen_____, an active member in good standing of the bar of ...hose business address and telephone number is 415 S. 6th ... NV 89101 _____, having

...ction for admission to practice in the Northern District of ...asis, representing Roderick Alyn Prescott

...ERED THAT the application is granted, subject to the terms and

All papers filed by the attorney must indicate appearance *pro hac* ...and communication with co-counsel designated in the application ...rty. All future filings in this action are subject to the requirements ...o. 45, *Electronic Case Filing*.

_____
United States District     Judge

24
25
26
27
28