E-filing

RECEIPT FOR PAYMENT
UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF
CALIFORNIA

SAN FRANCISCO, CA

3375558

RECEIVED FROM:
HANSEN & HANSEN
415 SO 6TH STREET STE 200
LAS VEGAS, NV 89101

Case Number:
3:05CR00216-WHA

F/U/B/O:

Party ID:

Tender Type:   CHECK
05-6855XX      $210.00

Pro Hac Vice 6855XX

Remarks:7984

Subtotal:      $210.00

Receipt Total: $210.00

* Checks and drafts are accepted
subject to collections and full
credit will only be given when
the check or draft has been
accepted by the financial
institution on which it was drawn.

Date: 8/16/05
Clerk:           AS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

America                    CASE NO. CR05-0216 WHA
(s),
                           (Proposed)
                           ORDER GRANTING APPLICATION
and                        FOR ADMISSION OF ATTORNEY
Prescott                   PRO HAC VICE
nt(s).

sen_____, an active member in good standing of the bar of

hose business address and telephone number is 415 S. 6th

NV 89101_____, having

ction for admission to practice in the Northern District of

asis, representing Roderick Alyn Prescott

ERED THAT the application is granted, subject to the terms and

All papers filed by the attorney must indicate appearance *pro hac*

and communication with co-counsel designated in the application

arty. All future filings in this action are subject to the requirements

o. 45, *Electronic Case Filing*.

_____
United States District   Judge

24
25
26
27
28