1 | KEVIN V. RYAN (CSBN 118321)
United States Attorney
2 | EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division
3 | CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
4 |     450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
5 |     Telephone: (4l5) 436-7000
    Facsimile: (415) 436-6748
6 |     cynthia.stier@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,            )    No. CR-05-00216-WHA
                                     )
        Plaintiff,                   )
                                     )
    v.                               )
                                     )    [Proposed] SPEEDY TRIAL ORDER
LEROY E. FRITTS.                     )
                                     )
        Defendant.                   )
                                     )

On June 29, 2005, defendant Leroy E. Fritts was charged in a Superseding Indictment with two counts of tax evasion in violation of 26 U.S.C. § 7201, and one count of conspiracy to defraud the United States in violation of 18 U.S.C. § 371.  Mr. Fritts was additionally charged with one count of witness tampering in violation of 18 U.S.C. § 1512(b).  Mr. Fritts was arraigned on August 10, 2005.

The parties previously appeared before the Court on August 16, 2005, for a status conference.  That matter was set over to October 4, 2005.  By prior Order entered August 23, 2005, the Court excluded time from August 16, 2005, through October 4, 2005, under the Speedy Trial Act due to the complexity of the case and for the continuity and effective preparation of counsel pursuant to 18 U.S.C. §  3161(h)(8)(A) & (B)(ii) and (iv).

The parties appeared before the Court on October 4, 2005, for a status conference. During the hearing, the Court set the matter over to November 8, 2005, at 2:00 p.m.  The United States, defendant Fritts and his attorney, agree that the time between October 4, 2005, and November 8, 2005, is properly excludable under the Speedy Trial act for the effective preparation

*[Proposed]* Speedy Trial Order
*Case No.* CR-05-00216 WHA

1  of counsel pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv) and that the ends of justice to be
2  served in excluding the time between these dates outweighs the public's and Mr. Fritts' interest
3  in a speedy trial.
4     IT IS HEREBY ORDERED that the time from October 4, 2005, through November 8, 2005,
5  is excluded under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A) and (B) (iv), based
6  on the reasons set forth above.

8  Dated:   October 11, 2005
9                      HONORABLE WILLIAM H. ALSUP
                    United States District Judge

*[Proposed] Speedy Trial Order*
*Case No.* CR-05-00216 WHA