IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>RODERICK ALYN PRESCOTT,<br><br>    Defendant.<br>_____/ | No. CR 05-00216 WHA<br><br>**ORDER RE MOTION TO DISMISS** |

    Counsel for the government and for Mr. Prescott are **ORDERED** to prepare for argument on the impact upon the motion to dismiss for improper venue of the holding that "[w]hen a defendant is charged in more than one count, venue must be proper with respect to each count" in *United States v. Corona*, 34 F.3d 876, 879 (9th Cir. 1994) (internal quotation marks omitted). Argument on that issue will be heard at the hearing scheduled for Tuesday, November 22, 2005.

    **IT IS SO ORDERED.**

Dated: November 18, 2005

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE