IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00216 WHA |
| Plaintiff, | |
| v. | **ORDER FOR SUPPLEMENTAL EVIDENCE** |
| LEROY E. FRITTS and RODERICK ALYN PRESCOTT, | |
| Defendants. / | |

By 3 p.m., Thursday, December 1, 2005, all counsel shall **SUBMIT** sworn declarations addressing the nine-factor test in *Platt v. Minnesota Mining and Manufacturing Co*. *See* 376 U.S. 240, 243–44 (1964). Counsel shall name the witnesses and state why they are important to the case, but only to the extent that doing so would not harm the interests of the parties. This order is in connection with the pending transfer motion.

**IT IS SO ORDERED.**

Dated: November 29, 2005



_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE