United States District Court

For the Northern District of California

1
2
3
4
5
6          IN THE UNITED STATES DISTRICT COURT
7
8          FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10   UNITED STATES OF AMERICA,                    No. CR 05-00216 WHA
11          Plaintiff,
12    v.                                          **ORDER**
13   LEROY E. FRITTS and RODERICK ALYN
     PRESCOTT,
14
15          Defendants.
                                            /
16
17          The Court would like to reschedule the hearing set for Tuesday, December 6, 2005, to
18   allow time to consider the evidence recently requested.  If any party has an objection to such a
19   continuance, please notify the court and all parties today.
20
21          **IT IS SO ORDERED.**
22
23   Dated:  November 29, 2005
                                            _____
24                                          WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE
25
26
27
28

G:\WHAALL\2005Crm\05-0216 Fritts\ContinuanceOrder.wpd